**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

SARKIS KHATCHTOUR ABOUCHIAN, JR.)

             Petitioner,    )   **No. EDCV 08-863 RGK (AJW)**

                            )

             v.              )

                            )   **ORDER ADOPTING REPORT AND**

DEBRA DEXTER, WARDEN,       )   **RECOMMENDATION OF**

                            )   **MAGISTRATE JUDGE**

             Respondent.    )

_____ )

    The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a <u>de novo</u> determination of the portions to which objections were directed.

    DATED: May 10, 2011

_____
R. Gary Klausner
United States District Judge