# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| **SARKIS KHATCHTOUR ABOUCHIAN, JR.** | CASE NO. EDCV 08-863-RGK (AJW) |
| Petitioner, | JUDGMENT |
| v. | |
| **DEBRA DEXTER, Warden,** | |
| Respondent. | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: May 10, 2011

_____
R. Gary Klausner
United States District Judge